STATE OF OREGON,
*Respondent,*

*v.*

VICTOR GARCIA-LOPEZ,
*Appellant.*

03C-47022; A123910

129 P3d 788

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vigil*, 197 Or App 407, 106 P3d 656, *adh'd to as modified on recons*, 199 Or App 525, 112 P3d 441, *rev den*, 339 Or 156 (2005).